■ DELAWARE NORTH COMPANIES, INCORPORATED, et al., Appellants, v ROBERT F. CORRAO et al., Respondents.—Order unanimously affirmed with costs for reasons stated at Supreme Court, Ostrowski, J. (Appeal from order of Supreme Court, Erie County, Ostrowski, J.—preliminary injunction.) Present—Denman, J. P., Boomer, Balio, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD RAYMOND BUCHANAN, Appellant.—Case held, decision reserved, motion to be relieved of counsel's assignment granted, and new counsel to be assigned. Memorandum: Assigned counsel has moved, pursuant to the authority of *People v Crawford* (71 AD2d 38), to be relieved of his assignment on the ground that defendant's appeal presents no "substantial" issues. However, in his brief, counsel identifies many issues that he asserts require reversal of defendant's conviction. An attorney should make a *Crawford* motion and file a *Crawford* brief only if he or she concludes, upon a conscientious review of the record, that the appeal is frivolous *(People v Crawford, supra,* at 39). Treating this appeal as a *Crawford* appeal was error. We, therefore, relieve counsel of his assignment and assign another attorney to review and perfect defendant's appeal. We only note that some of the issues identified in counsel's brief and in an affidavit of defendant submitted on appeal seem more appropriately raised in a motion pursuant to CPL 440.10. (Appeal from judgment of Steuben County Court, Purple, J.—attempted burglary, first degree.) Present— Dillon, P. J., Doerr, Green, Pine and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY HALPIN, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Jefferson County Court, Aylward, J.—criminal possession of stolen property, second degree.) Present—Dillon, P. J., Doerr, Green, Pine and Davis, JJ.